**No. 11-5029. Seth Daniel Buffington, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1101, 132 S. Ct. 869, 181 L. Ed. 2d 567, 2011 U.S. LEXIS 8948.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 886, 132 S. Ct. 260, 181 L. Ed. 2d 152, 2011 U.S. LEXIS 5814.

**No. 11-5063. Robert Everett Benoit, Petitioner v. Washington.**

565 U.S. 1101, 132 S. Ct. 869, 181 L. Ed. 2d 567, 2011 U.S. LEXIS 8907.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 888, 132 S. Ct. 264, 181 L. Ed. 2d 155, 2011 U.S. LEXIS 5224.

**No. 11-5300. Miladin Dobric, Petitioner v. David J. Baron.**

565 U.S. 1102, 132 S. Ct. 869, 181 L. Ed. 2d 567, 2011 U.S. LEXIS 9007.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 900, 132 S. Ct. 294, 181 L. Ed. 2d 178, 2011 U.S. LEXIS 5649.

**No. 11-5331. Donna Brown, Petitioner v. Cleveland Municipal School District, aka Cleveland Metropolitan School District, et al.**

565 U.S. 1102, 132 S. Ct. 870, 181 L. Ed. 2d 567, 2011 U.S. LEXIS 8961.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 902, 132 S. Ct. 298, 181 L. Ed. 2d 181, 2011 U.S. LEXIS 5517.

**No. 11-5397. John Renard Harris, Petitioner v. Stephen Upton, Warden.**

565 U.S. 1102, 132 S. Ct. 870, 181 L. Ed. 2d 567, 2011 U.S. LEXIS 9005.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 905, 132 S. Ct. 305, 181 L. Ed. 2d 187, 2011 U.S. LEXIS 5521.

**No. 11-5398. In re Kevin D. Loggins, Petitioner.**

565 U.S. 1102, 132 S. Ct. 870, 181 L. Ed. 2d 567, 2011 U.S. LEXIS 8916.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 813, 132 S. Ct. 395, 181 L. Ed. 2d 249, 2011 U.S. LEXIS 6405.